IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NICK LEE BISHOP, | 1:08-cv-00219-LJO-TAG (HC) |
| Petitioner, | ORDER GRANTING PETITIONER'S MOTION FOR EXTENSION OF TIME TO RESPOND TO ORDER TO SHOW CAUSE |
| vs. | |
| JAMES A. YATES, Warden, | (DOCUMENT #6) |
| Respondent. | THIRTY DAY DEADLINE |
| _____/ | |

Petitioner is a state prisoner proceeding pro se in a habeas corpus action pursuant to 28 U.S.C. § 2254. On April 23, 2008, petitioner filed a motion to extend time to respond to the order to show cause. Good cause having been presented to the court and GOOD CAUSE APPEARING THEREFOR, IT IS HEREBY ORDERED that:

Petitioner is granted thirty days from the date of service of this order in which to respond to the order to show cause.

IT IS SO ORDERED.

Dated:  **May 16, 2008**                                              **/s/ Theresa A. Goldner**
                                                                     UNITED STATES MAGISTRATE JUDGE