1
2
3
4
5                               UNITED STATES DISTRICT COURT

6                               EASTERN DISTRICT OF CALIFORNIA

7
    NICK LEE BISHOP,                             1:08-cv-00219 LJO TAG HC
8
                    Petitioner,
9                                                ORDER GRANTING MOTION FOR
        vs.                                      EXTENSION OF TIME TO FILE
10                                               OBJECTIONS
    JAMES A. YATES, Warden,
11                                               (Doc. 10)
                    Respondent.
12
    _____/
13
                On February 12, 2008, Petitioner filed a petition for writ of habeas corpus.  (Doc. 1).  On June
14
    26, 2008, the Court issued findings and recommendations recommending that the petition be dismissed
15
    as untimely, and ordered that any objections be filed within fifteen days. (Doc. 9). On July 7, 2008,
16
    Petitioner filed a motion  for an extension of time to file objections.  (Doc. 10).
17
                The Court has considered Petitioner's motion, finds that good cause exists to grant it, and
18
    makes the following order:
19
                1.   Petitioner's motion for an extension of time to file objections to the findings and
20
    recommendations is GRANTED; and
21
                2.  Petitioner shall have to and including July 31, 2008 to file objections to the findings and
22
    recommendations.
23

24
    IT IS SO ORDERED.
25
    Dated:   **July 10, 2008**                              **/s/ Theresa A. Goldner**
26   _____                                          UNITED STATES MAGISTRATE JUDGE

27

28